# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYANT WOMACK

NO. 2020 KW 0102

MAR 1 3 2020

---

In Re: Bryant Womack, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1700496.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT